UST-31, 3/03

S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 7 |
| ) | |
| RUBEN COTA RENTERIA ) | CASE NO. 08-11215-PHX SSC |
| MARIA ROSARIO RENTERIA ) | |
| ) | PETITION TO PAY DIVIDEND |
| Debtor(s) ) | IN THE AMOUNT LESS THAN $5.00 |
| ) | TO THE CLERK OF THE U.S. B |
| _____ | BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in "347" of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---:|---|---:|
| 1 | City of Phoenix<br>Attn: Bankruptcy Clerk<br>251 West Washington Street, 9th FL<br>Phoenix, AZ 85003 | $0.02 |
| 2 | City of Phoenix<br>Attn: Bankruptcy Clerk<br>251 West Washington Street, 9th FL<br>Phoenix, AZ 85003 | $0.02 |
| 3 | AZ Dept. of Revenue<br>Special Operations 7th Floor<br>1600 W. Monroe<br>Phoenix, AZ 85007 | $0.06 |
| 5 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $1.67 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $1.48 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $3.25 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| December 17, 2009 | /s/ S. William Manera |
| Date | S. William Manera |